Edward W. Swanson (SBN 159859)
ed@smllp.law
Carly Bittman (SBN 305513)
carly@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94101
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant
Jose De Jesus Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>TJOMAN BUDITASLIM, a/k/a "Joe Lim," a/k/a "Joseph Salim," TRAVIS HOLASEK, JOSE ALFONSO TELLEZ, JOSE DE JESUS MARTINEZ, a/k/a "Jose D Martinez Cardenas,<br><br>       Defendants. | No. CR 23-000408-CRB-4<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO ALLOW FOR SALE OF REAL PROPERTY** |

  Defendant Jose De Jesus Martinez and the United States hereby stipulate and agree as follows:

  1) In November 2023, the Court entered an unsecured appearance bond in connection with Mr. Martinez's conditions of release. Dkt. 30.

  2) In December 2023, in connection with Mr. Martinez's request to travel for a pre-paid vacation planned before his arrest in this case, the Court ordered Mr. Martinez to post real property located at 2704 Sparks Way, Modesto, California, 95350, APN # 005-042-066-000 ("Modesto Property") as security for his release bond. Dkts. 55, 57, 58. Mr. Martinez posted the

Modesto Property and submitted the required Deed of Trust with the Clerk's Office in January 2024. Dkt. 67.

3) On July 24, 2024, Mr. Martinez entered a guilty plea to Count 1 of the Indictment. Dkt. 70. Mr. Martinez has also entered into a plea agreement in which he has agreed to pay a total of $840,847.55 in restitution, comprised of $575,389.86 to victim Home Loan Origination Company 1 and $265,457.69 to victim the Federal Housing Administration ("FHA"). Dkt. 73.

4) Mr. Martinez now wishes to sell expeditiously the Modesto Property in order to make funds available for restitution.

5) Mr. Martinez wishes to promptly list the Modesto Property for sale subject to the following conditions:

   a. Mr. Martinez will list the property for sale with a licensed real estate agent or broker of his choice. The real estate brokerage fee will be set at no more than 6% of the sale price. Mr. Martinez has forwarded a copy of the listing agreement to the United States.

   b. The real estate agent or broker will be provided with a copy of this stipulation and order, and must agree to comply with its terms in writing.

   c. Mr. Martinez will determine the listing price for the Modesto Property in consultation with his real estate agent or broker. The listing price must be approved in writing by the United States. The United States will not unreasonably withhold its approval.

   d. A reputable title company will be used for closing(s). Mr. Martinez will inform the United States of the title company which will handle escrow, and shall provide a copy of this stipulation and order to the title company.

   e. Within 72 hours of receiving any offer to purchase the Modesto Property, Mr. Martinez will provide a copy of any such offer to purchase to the United States. Prior to accepting any offer for the Modesto Property, Mr. Martinez will obtain

the written approval of the United States. The United States will not unreasonably withhold its approval.

6) Pending the sale of the Modesto Property, Mr. Martinez shall maintain the property in the same or better condition and repair from the date of execution of this stipulation to the closing of a sale, including but not limited to the following:

    a. keeping the property free of hazards and structural defects, keeping all heating, air conditioning, plumbing, electrical, gas, oil, or other power facilities in good working condition and repair, keeping the property clean and performing sanitation and waste removal as needed, keeping the property and grounds in good condition by providing all ordinary and necessary routine maintenance;

    b. maintaining liability insurance for injuries occurring on or resulting from use of the property, or activities or conditions thereon; and

    c. timely paying the taxes on the property.

7) Prior to closing, the following shall be provided to the United States:

    a. Any preliminary title report(s) obtained as a result of the sales contract(s) or required by the purchaser's lender(s);

    b. Any new appraisals obtained as a result of the sales contract(s) or required by the purchaser's lender(s);

    c. The HUD-1 closing statement(s) and pay-off documentation for any liens that appear to have priority over the United States;

    d. Fully executed contract(s) for the sale of the property;

    e. Any additional information the United States deems necessary regarding the background to the sales contract(s) and the terms of the sale(s); and

    f. Signed and notarized certifications from Mr. Martinez and Mr. Martinez's real estate agent or broker, the purchaser, and the purchaser's real estate broker or agent, in the form attached hereto as **Exhibit A**.

      g. Any payoff letters to satisfy any existing Deeds of Trust or other liens against the property.

8) The "Net Proceeds" from any sale of the Modesto Property shall refer to the sale price of the Modesto Property minus amounts paid from escrow for (1) all fees, costs, and taxes incurred by Mr. Martinez as a result of the sale; (2) any liens senior to the United States and (3) reasonable costs incurred by Mr. Martinez, and approved by the United States, in improving the property and preparing the property for sale, including the purchase of an air conditioner, kitchen cabinets, and kitchen appliances that will be sold with the property, estimated to cost $47,596.46 as of September 9, 2024.

9) At closing, all of the Net Proceeds up to the sum of restitution owed, $840,847.55, shall be sent by the escrow officer at the title company handling the close of escrow to the Clerk of the Court, Attention: Finance Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102, and will reference *United States v. Martinez, et al.*, No. CR 23-000408-CRB-4.

10) The Net Proceeds will be held by the Clerk of the Court and will be applied to Defendant's special assessment and restitution obligation following sentencing and entry of judgment by the Court.

11) In the event that the Modesto Property is not sold prior to sentencing, Mr. Martinez shall consult the United States, and follow its direction regarding possible post-judgment execution on the Modesto Property.

12) The parties agree that the Court is authorized to issue additional orders, as necessary, to implement the sale of the Modesto Property.

13) The parties agree and respectfully request that the Modesto Property, as the real property pledged to secure Mr. Martinez's bond, be exonerated as bond and that the clerk sign the reconveyance for that property. The parties agree that Mr. Martinez need not submit replacement security for the bond, and that the appearance bond remain unsecured going forward.

1
2       IT IS SO STIPULATED.
3
4
5   DATED: September 11, 2024                    */s/ Carly Bittman*
6                                                EDWARD SWANSON
                                                 CARLY BITTMAN
7                                                Counsel for Jose De Jesus Martinez
8
9
10  DATED: September 11, 2024                    */s/ Christiaan Highsmith (with permission)*
                                                 CHRISTIAAN H. HIGHSMITH
11                                               Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The real property pledged to secure Mr. Martinez's bond is hereby exonerated.  The Clerk of the Court shall sign the reconveyance for that property.  Mr. Martinez need not submit replacement security for the bond.

Dated:  September 12, 2024

_____
HON. CHARLES R. BREYER
United States Senior District Judge

# EXHIBIT A

BUYER'S CERTIFICATION

I, _____, hereby affirm under penalty of perjury that none of the closing expenses paid by _____, the seller of the property known as _____ have been or will be refunded, either directly or indirectly to the seller, or to any other person on the seller's behalf.

With knowledge of the penalties for false statements provided by Title 18, United States Code, Section 1001 ($250,000 fine and/or five years imprisonment) and with knowledge that this statement is submitted by me to affect actions by the United States Department of Justice, I hereby certify that the above statement is true.

DATED: _____          _____
                                                       XXXXXXX
                                                       Purchaser of Property

SELLER'S CERTIFICATION

I, _____, a seller of the property known as _____, hereby affirm under penalty of perjury that no monies from any source associated with the sale of said property have been or will be refunded, either directly or indirectly to myself or to any other person on my behalf.

With knowledge of the penalties for false statements provided by Title 18, United States Code, Section 1001 ($250,000 fine and/or five years imprisonment) and with knowledge that this statement is submitted by me to affect actions by the United States Department of Justice, I hereby certify that the above statement is true.

DATED: _____        _____
                                    XXXXX
                                    Seller of Property

REAL ESTATE AGENT'S CERTIFICATION (BUYER'S AGENT)

I, _____, a real estate agent acting on behalf of \_\_\_\_, and a party that will receive a commission from the sale of the property known as \_\_\_\_\_, hereby affirm under penalty of perjury that none of the broker's commission paid from the sale of the property known as _____, has been or will be refunded, either directly or indirectly, to the seller of said property, \_\_\_\_\_, or to any other person on the seller's behalf.

With knowledge of the penalties for false statements provided by Title 18, United States Code, Section 1001 ($250,000 fine and/or five years imprisonment) and with knowledge that this statement is submitted by me to affect actions by the United States Department of Justice, I hereby certify that the above statement is true.

DATED: _____     _____
XXXXXX
Agent for _____

REAL ESTATE AGENT'S CERTIFICATION (SELLER'S AGENT)

I, _____, a real estate agent acting on behalf of \_\_\_\_, and a party that will receive a commission from the sale of the property known as \_\_\_\_\_, hereby affirm under penalty of perjury that none of the broker's commission paid from the sale of the property known as _____, has been or will be refunded, either directly or indirectly, to the seller of said property, \_\_\_\_\_, or to any other person on the seller's behalf.

With knowledge of the penalties for false statements provided by Title 18, United States Code, Section 1001 ($250,000 fine and/or five years imprisonment) and with knowledge that this statement is submitted by me to affect actions by the United States Department of Justice, I hereby certify that the above statement is true.

DATED: _____          _____
                                          XXXXXX
                                          Agent for _____